UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates to:**

*Cherie' Kennedy v. Bayer HealthCare Pharmaceuticals inc., et al.*     No. 11-cv-10097-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on September 3, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by
David R. Herndon
Date: 2015.09.08
13:29:37 -05'00'

APPROVED:
  DISTRICT JUDGE
  U. S. DISTRICT COURT